# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0652

_____

ELIJAH BYRD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Gadsden County.
Ronald W. Flury, Judge.

May 1, 2024


PER CURIAM.

AFFIRMED. *See Edenfield v. State*, 379 So. 3d 5 (Fla. 1st DCA 2023) (upholding the facial constitutionality of § 790.23(1)(a), Florida Statutes), *review denied*, No. SC2023-1106, 2023 WL 8710101 (Fla. Dec. 18, 2023); *see also Edenfield v. State*, 375 So. 3d 930 (Fla. 1st DCA 2023) (denying rehearing).

OSTERHAUS, C.J., and BILBREY and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jessica J. Yeary, Public Defender, and Megan Lynne Long and Tyler Kemper Payne, Assistant Public Defenders, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Michael L. Schaub, Assistant Attorney General, Tallahassee, for Appellee.